IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**CHRISTINE McEWEN,**

    **Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

    **Defendant.**　　　　　　　　　　**Case No. 10-CV-0152-DRH**

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.** This action is before the Court on Defendant's motion to dismiss.

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Order of the Court dated July 8, 2010, judgment is entered on the complaint in favor of defendant, **UNITED STATES OF AMERICA,** and against plaintiff, **CHRISTINE McEWEN,** and this case is **DISMISSED with prejudice** as the United States of America has a defense that relieves it from suit.-----------------------------------------------------------------------

                              **NANCY J. ROSENSTENGEL,**
                              **CLERK OF COURT**


                              **BY:**　　　***/s/Sandy Pannier***
                                              **Deputy Clerk**

Dated: July 12, 2010

APPROVED: /s/ *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT